UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MANNO and LISA MANNO, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:20-cv-00383-HEA |
| | ) |
| HOLIDAY INN CLUB VACATIONS, | ) |
| SILVERLEAF RESORTS, INC., | ) |
| ORANGE LAKE RESORTS, | ) |
| ORANGE LAKE COUNTRY CLUB INC., | ) |
| DOES 1-5, and ROE CORPORATIONS, 1-10, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

COMES NOW, Amanda J. Hettinger, of the law firm Thompson Coburn LLP, and hereby enters their appearance on behalf of defendants Holiday Inn Club Vacations, Silverleaf Resorts, Inc., Orange Lake Resorts, and Orange Lake Country Club, Inc. in the above entitled action.

- 2 -

        Respectfully submitted,

        **THOMPSON COBURN LLP**


        By /s/ *Amanda J. Hettinger*
        Amanda J. Hettinger, Missouri, USDC,
        Eastern District – #55038(MO)
        One US Bank Plaza
        St. Louis, Missouri 63101
        Telephone: (314) 552-6000
        Fax: (314) 552-7000
        ahettinger@thompsoncoburn.com

*Attorney for Defendants Holiday Inn Club Vacations, Silverleaf Resorts, Inc., Orange Lake Resorts, and Orange Lake Country Club Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 7, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

*/s/ Amanda J. Hettinger*